| 1. Person Reporting (last name, first, middle initial)<br><br>Kelley, Susan V. | 2. Court or Organization<br><br>Bankruptcy Court ED Wis | 3. Date of Report<br><br>05/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>517 East Wisconsin Avenue<br>Milwaukee, WI 53202 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Part-Time Adjunct Faculty Member (Lecturer) | Marquette University Law School, Milwaukee Wisconsin |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Susan V. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. various | Wolters Kluwer Law & Business, book royalties | $26,624.61 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Procorp Enterprises LLC salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Wisconsin | 3/3/2011 - 3/4/2011 | Kohler, WI | CLE Speaker Reimbursement | One night hotel, 2 meals |
| 2. | Commercial Law League | 4/15/2011 | Chicago, IL | CLE Speaker Reimbursement | Trainfare Milwaukee to Chicago, 1 meal |
| 3. | 7th Circuit Bar Association | 5/15/2011 | Milwaukee, WI | Annual Circuit Conference | 1 meal |
| 4. | American Bankruptcy Institute | 12/1/2011 - 12/3/2011 | Palm Springs, CA | CLE Speaker Reimbursement | airfare Milwaukee to Palm Springs, 2 nights hotel, 2 meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelley, Susan V.** | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Vanderbilt University | student loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Susan V. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account 1 | | | | | | | | | |
| 2. Wells Fargo Large Co Core-Inv Fund | A | Dividend | J | T | | | | | |
| 3. Wells Fargo Advantage Large Company Growth | A | Dividend | J | T | | | | | |
| 4. Wells Fargo Advantage Opportunity Inv. | A | Dividend | J | T | | | | | |
| 5. Wells Fargo Advantage Small Cap Disciplined Inv | A | Dividend | J | T | | | | | |
| 6. Wells Fargo Advantage Small Cap Value | A | Dividend | J | T | | | | | |
| 7. M&I Bank Account | A | Interest | J | T | | | | | |
| 8. Mutual of Omaha Whole Life Insurance Policies | A | Interest | K | T | | | | | |
| 9. UBS Retirement Account | | | | | | | | | |
| 10. IShares Trust Russell 1000 Value Index Fund | A | Dividend | | | Sold | 10/27/11 | K | A | |
| 11. IShares Trust Russell 1000 Growth Index Fund | A | Dividend | | | Sold | 10/27/11 | J | A | |
| 12. IShares Trust Russell 2000 Value Index Fund | A | Dividend | | | Sold | 10/27/11 | K | A | |
| 13. IShares Trust Russell 2000 Growth Index Fund | A | Dividend | | | Sold | 10/27/11 | J | A | |
| 14. IShares Cohen & Steers Realty Majors Index Fund | A | Dividend | | | Sold | 10/27/11 | K | A | |
| 15. IShares Trust Russell Midcap Value Index Fund | A | Dividend | | | Sold | 10/27/11 | K | A | |
| 16. IShares Trust Russell Midcap Growth Index Fund | A | Dividend | | | Sold | 10/27/11 | K | A | |
| 17. IShares MSCI Eafe Index Fund | A | Dividend | | | Sold | 10/27/11 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Susan V. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IShares Trust Dow Jones Technology Sector Index Fund | A | Dividend | K | T | Buy | 10/27/11 | K | | |
| 19. IShares Trust Russell 2000 Index Fund | A | Dividend | K | T | Buy | 10/27/11 | K | | |
| 20. IShares Trust Dow Jones U.S. Fincl Sector Index Fund | A | Dividend | K | T | Buy | 10/27/11 | K | | |
| 21. IShares Trust DJ U.S. Basic Materials Sectr Index Fund | A | Dividend | J | T | Buy | 10/27/11 | J | | |
| 22. IShares Dow Jones US Consumer Services Sector Index Fund | A | Dividend | J | T | Buy | 10/27/11 | J | | |
| 23. IShares Trust US Energy Sector Index Fund | A | Dividend | J | T | Buy | 10/27/11 | J | | |
| 24. IShares Inc MSCI EMU Index Fund | A | Dividend | K | T | Buy | 10/27/11 | K | | |
| 25. IShares Trust Russell Midcap Index Fund | A | Dividend | K | T | Buy | 10/27/11 | K | | |
| 26. IShares Trust S&P Latin America 40 Index Fund | A | Dividend | K | T | Buy | 10/27/11 | K | | |
| 27. IShares MSCI Emerging Markets Index Fund | A | Dividend | K | T | Buy | 10/27/11 | K | | |
| 28. IShares Tr MSCI All Ctry Asia Ex Japan Index | A | Dividend | K | T | Buy | 10/27/11 | K | | |
| 29. SPDR Index Shares Funds SPDR S&P Emerging Markets Small Cap | A | Dividend | K | T | Buy | 10/27/11 | J | | |
| 30. SPDR S&P Emerging Europe ETF | A | Dividend | K | T | Buy | 10/27/11 | J | | |
| 31. Nationwide Future Venue Annuity | | None | K | T | | | | | |
| 32. Virent 401K Associated Wealth Management | | None | L | T | | | | | |
| 33. Wisconsin Retirement Employee Trust Fund | | None | K | T | | | | | |
| 34. Virent Energy Systems, Inc. Common Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Susan V. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Procorp 401K | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelley, Susan V. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III - Wolters Kluwer Royalties paid March 2011 and December 2011. Amount given is total annual royalties.

III    No Marquette Salary in 2011 - did not teach, although remained on adjunct faculty

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan V. Kelley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544